DAVID M. GILMORE, #105429
GILMORE, WOOD, VINNARD & MAGNESS
P. O. Box 28907
Fresno, CA  93729-8907
Telephone:   (559) 448-9800
Facsimile:   (559) 448-9899

Attorneys for Plaintiff
Thomas N. Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| THOMAS N. SMITH, | No. 05-CV-01187 |
|---|---|
| Plaintiff, | STIPULATION TO PERMIT FILING OF SECOND AMENDED COMPLAINT IN 05-CV-01187 AND TO CONSOLIDATE 05-CV-01187 AND 05-CV-01024 AND ORDER THEREON |
| v. | |
| DARRIN SIMMONS dba CLEAN AIR PRODUCTS, INC., | |
| Defendants. | |

   Plaintiff, Thomas N. Smith, by his counsel David M. Gilmore, Gilmore, Wood, Vinnard & Magness, and Defendants Clean Air Products, Inc. and Darrin Simmons, by his counsel Leonard C. Herr, stipulate and agree as follows:

   1. Smith, in pro per, filed Actions 05-CV-01187 and 05-CV-01024 against Defendants Simmons and Clean Air Products.  Action 05-CV-01187 has a first amended complaint already on file.  The claims in both cases arise from the same underlying transactions.

   2. Defendants have filed motions to dismiss both cases on a variety of grounds.  These motions are scheduled to be heard on May 22, 2006.

   3. After meeting and conferring with counsel for Defendants, Plaintiff agrees that the operative pleadings should be amended to address the issues raised by Defendants in the motion to dismiss.

8275-0\00159651.000.DOC

PDF created with pdfFactory trial version www.pdffactory.com

4. The parties agree that Plaintiff should be given leave to file a second amended complaint in 05-CV-01187 and further that the two actions should be consolidated with the second amended complaint in 05-CV-01187 to be the operative complaint once filed.

5. The motions to dismiss shall be taken off calendar without prejudice to Defendants' right to file a motion to dismiss as to the second amended complaint.

Dated: May __, 2006             GILMORE, WOOD, VINNARD & MAGNESS

                                By: /s/ David M. Gilmore
                                    David M. Gilmore
                                    Attorneys for Plaintiff

Dated: May __, 2006             DOOLEY, HERR & PELTZER, LLP

                                By: /s/ Leonard C. Herr
                                    Leonard C. Herr
                                    Attorneys for Defendants

## **ORDER**

Based on the Stipulation of the parties and for good cause,

1. Action No. 05-CV-01187 and 05-CV-01024 are hereby consolidated with 05-CV-01187 being the surviving case.

2. Plaintiff shall file a second amended complaint in 05-CV-01187 within 20 days of the date of this Order.

3. Defendants' Motions to Dismiss currently scheduled to be heard on May 22, 2006 are off calendar without prejudice to Defendants' right to refile.

Dated: June 15, 2006            /s/ OLIVER W. WANGER

                                _____
                                OLIVER W. WANGER

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P. O. BOX 28907
FRESNO, CA 93729-8907

8275-0\00159651.000.DOC                    -2-

STIPULATION TO PERMIT FILING OF SECOND AMENDED COMPLAINT IN 05-CV-01187 ETC. (No. 05-CV-01187)

PDF created with pdfFactory trial version www.pdffactory.com