UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS N. SMITH,<br><br>                Plaintiff,<br><br>    v.<br><br>DARRIN SIMMONS dba CLEAN AIR PRODUCTS, INC.,<br><br>                Defendants. | 1:05-CV-01187 OWW LJO<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS THE THIRD CAUSE OF ACTION FOR FRAUD. |

    This is a diversity action for breach of contract and fraud brought by Thomas N. Smith ("Plaintiff"), a resident of New Zealand, against Darrin Simmons and Clean Air Products ("Defendants"). (Doc. 19, Second Amended Complaint.) Plaintiff is the sole owner of Land O'Goshen Inc., which allegedly entered into a series of written agreements with Defendants pursuant to which Defendants were to acquire various business property and services previously owned by "Help Smog Parts." (*Id.*) Among other things, Plaintiff alleges that Defendant Simmons committed fraud by making the following representations to Plaintiff:

1

        That he would purchase the [various] properties from Plaintiff Land O'Goshen for the agreed upon price of $430,000 less a $70,000 down payment. Defendant signed the agreement (Exhibit 1) representing that the payments for the remaining $360,000 owed to Plaintiff would be paid as follows:

    (a)    $60,000 at the rate of $5,000 per month beginning January 1, 1999 and ending December 31, 1999 with no interest.

    (b)    $60,000 shall be paid in lump sum on January 1, 2000 for that calendar year with no interest

    (c)    The remaining balance of $240,000 shall be due and payable on January 1, 2001, or shall continue with mutual consent, including 10% interest.

Plaintiff alleges that these representations were "false" and that Defendants "were not in a position to be able to make all of the payments and...had no intention of making the agreed payments." (*Id.* at ¶21.)

Defendant Simmons moves to dismiss for failure to comply with the heightened pleading requirements of Federal Rule of Civil Procedure 9b. (Doc. 20, filed July 25, 2006). Plaintiff does not oppose the motion, but requests that it be granted with leave to amend at a future date, should discovery reveal information that would support a fraud allegation. (Doc. 22, filed August 28, 2006.)

Rule 9(b) requires that when pleading "special matters," such as fraud, the "circumstances constituting fraud...shall be stated with particularity." Fed. R. Civ. P. 9(b). Rule 9(b) require's that the complaint "state the time, place and content of a misrepresentation and explain why the statement is false or misleading." *Vess v. Ciba-Geigy Corp., USA,* 317 F.3d 1097, 1107, (9th Cir. 2003)(citing *In re. GlenFed, Inc. Secur. Litig.*, 42

**2**

F.3d 1541, 1547 (9th Cir. 1994)).  Here, Plaintiff has simply suggested that Defendant's purported failure to perform under a written contract is evidence of some fraudulent intent.  More is required to satisfy Rule 9(b).

Accordingly, Defendants' motion to dismiss the third cause of action is **GRANTED WITHOUT PREJUDICE.**

**SO ORDERED**

Dated: 9/14/06                          /s/ Oliver W. Wanger
                                        **OLIVER W. WANGER**
                                        **United States District Judge**

3