Leonard C, Herr, #081896
DOOLEY HERR & PELTZER
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants
DARRIN SIMMONS and CLEAN AIR PRODUCTS, INC.

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS N. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>DARRIN SIMMONS, individually and d.b.a. CLEAN AIR PRODUCTS, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.1:05-cv-01187-OWW-NEW (TAG)<br><br>(Related to Case No: 1:05-cv-01024-OWW-SMS (closed))<br><br>[PROPOSED] ORDER GRANTING MOTION TO COMPEL PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS AND DOCUMENT PRODUCTION AND AWARD OF SANCTIONS |

The hearing on Defendant DARRIN SIMMONS' Motion to Compel Plaintiff THOMAS SMITH's Response to Request for Production of Documents and Document Production and for an Award of Sanctions came regularly for hearing in the above-entitled court on July 16, 2007, at 9:00 a.m., before the Honorable Theresa A. Goldner, Magistrate Judge, presiding.

Defendant DARRIN SIMMONS appeared through his counsel, LEONARD C. HERR. Plaintiff THOMAS SMITH appeared through his counsel, DAVID M. GILMORE.

Satisfactory proof having been made, and good cause appearing,

///

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-
[PROPOSED] ORDER GRANTING MOTION TO COMPEL PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS AND DOCUMENT PRODUCTION AND AWARD OF SANCTIONS

1    IT IS HEREBY ORDERED that Plaintiff THOMAS SMITH provide, without
2  objection, written responses to Defendant DARRIN SIMMONS' First Request for
3  Production of Documents and all responsive documentation within ten (10) days
4  from the date of this Order.

5    IT IS FURTHER ORDERED that Plaintiff THOMAS SMITH ~~and/or his~~ a
6  ~~counsel, DAVID M. GILMORE,~~ pay to the firm of DOOLEY HERR & PELTZER, LLP,
7  monetary sanctions in the sum of $517.50 within thirty (30) ~~ten (10)~~ days from the
8  date of this Order.

———————————————————
THERESA A. GOLDNER
U.S. Magistrate Judge

F:\Client Files\Simmons, Darrin 1226.00\Case No cv-01187\Motion to Compel Responses to RFP\Proposed Order Granting Motion to Compel Responses to Request for Production of Documents.doc

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2
[PROPOSED] ORDER GRANTING MOTION TO COMPEL PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS AND DOCUMENT PRODUCTION AND AWARD OF SANCTIONS