1  Leonard C, Herr, #081896
   DOOLEY HERR & PELTZER
2  Attorneys at Law, LLP
   100 Willow Plaza, Suite 300
3  Visalia, California  93291
   Telephone: (559) 636-0200
4

5  Attorneys for Defendants
       DARRIN SIMMONS and CLEAN AIR PRODUCTS, INC.
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  THOMAS N. SMITH,                     Case No.1:05-cv-01187-OWW-~~TAG~~ *NEW (TAG)*

12        Plaintiff,                     (Related to Case No: 1:05-cv-
                                          01024-OWW-SMS (closed))
13
14  vs.                                  ████████ **ORDER GRANTING
                                         MOTION TO COMPEL PLAINTIFF'S
                                         INITIAL DISCLOSURES AND**
15  DARRIN SIMMONS, individually         **AWARD OF SANCTIONS**
    and d.b.a. CLEAN AIR PRODUCTS,
16  and DOES 1 through 50, inclusive,

17        Defendants.

18

19
        The hearing on Defendant DARRIN SIMMONS' Motion to Compel Plaintiff
20
    THOMAS SMITH's Initial Disclosures and for an Award of Sanctions came
21
    regularly for hearing in the above-entitled court on July 16, 2007, at 9:00 a.m.,
22
    before the Honorable Theresa A. Goldner, Magistrate Judge, presiding.
23
        Defendant DARRIN SIMMONS appeared through his counsel, LEONARD C.
24
    HERR.  Plaintiff THOMAS SMITH appeared through his counsel, DAVID M.
25
    GILMORE.
26
        Satisfactory proof having been made, and good cause appearing,
27
    ///
28

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

1    IT IS HEREBY ORDERED that Plaintiff THOMAS SMITH provide, without

2  objection, Initial Disclosures in compliance with Fed. R. Civ. P. 26(a) within ten

3  (10) days from the date of this Order.

4    IT IS FURTHER ORDERED that Plaintiff THOMAS SMITH ~~and/or his~~

5  ~~counsel, DAVID M. GILMORE,~~ pay to the firm of DOOLEY HERR & PELTZER, LLP,

6  monetary sanctions in the sum of $_961.25_ within ~~ten (10)~~ *thirty (30)* days from the

7  date of this Order.

8

9                                          _____

10                                         THERESA A. GOLDNER
                                           U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
   F:\Client Files\Simmons, Darrin 1226.00\Case No cv-01187\Motion to Compel Initial Disclosures\Proposed Order Granting Motion to Compel Plaintiff's Initial Disclosures.doc
27

28

LAW OFFICES
DOOLEY HERR &
PELTZER, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2
[PROPOSED] ORDER GRANTING MOTION TO COMPEL PLAINTIFF'S INITIAL DISCLOSURES AND AWARD
OF SANCTIONS