**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS N. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>DARRIN SIMMONS, individually and d.b.a. CLEAN AIR PRODUCTS, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No.1:05-cv-01187-OWW-NEW (TAG)<br><br>(Related to Case No: 1:05-cv-01024-OWW-SMS (closed))<br><br>**ORDER DENYING APPLICATION FOR ATTACHMENT** |

On September 17, 2007, Plaintiff's application for attachment came duly before the Court, the Honorable Oliver W. Wanger, United States District Judge Presiding.  Appearing in support of the application was Plaintiff's attorney, David M. Gilmore, Esq.  Appearing in opposition to the application on behalf of Defendant was Leonard C. Herr, Esq.

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1    After considering the pleadings in the case and the argument of counsel, for the
2    reasons stated on the record and contained in the Court's written order filed September 25,
3    2007 (Doc. 71):
4        IT IS HEREBY ORDERED that Plaintiff's application for attachment is denied,
5    without prejudice.

7    DATED:  __October 5, 2007           /s/ OLIVER W. WANGER_____
8                                       _____
                                        UNITED STATES DISTRICT JUDGE

Approved as to form:

Dated: _____
    _____
                                        David M. Gilmore, Esq.

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
F:\Client Files\Simmons, Darrin 1226.00\Case No cv-01187\Application for Right to Attach Order\Opposition to Application to Right to Attach Order.doc
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3
**ORDER DENYING APPLICATION FOR ATTACHMENT**

PDF created with pdfFactory trial version www.pdffactory.com