# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS N. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>DARRIN SIMMONS, individually and d.b.a. CLEAN AIR PRODUCTS, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No.1:05-cv-01187-OWW-NEW (TAG)<br><br>(Related to Case No: 1:05-cv-01024-OWW-SMS (closed))<br><br>**ORDER GRANTING DEFENDANT DARRIN SIMMONS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

On September 17, 2007, Defendant DARRIN SIMMONS' Motion for Judgment on the Pleadings came duly before the Court, the Honorable Oliver W. Wanger, United States District Judge Presiding. Appearing in support of the motion was Defendant's attorney, Leonard C. Herr, Esq. Appearing in opposition to the motion on behalf of Plaintiff was David M. Gilmore, Esq.

///
///
///
///
///

-1
ORDER GRANTING DEFENDANT DARRIN SIMMONS' MOTION FOR JUDGMENT ON THE PLEADINGS

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | After considering the pleadings in the case and the argument of counsel, for the |
| 2 | reasons stated on the record and contained in the Court's written order filed September 25, |
| 3 | 2007 (Doc. 72): |
| 4 |     IT IS HEREBY ORDERED that Defendant's Motion for Judgment on the Pleadings |
| 5 | is GRANTED. |
| 6 |     IT IS FURTHER ORDERED that the request of Plaintiff's counsel, and upon good |
| 7 | cause being shown, Plaintiff is granted leave to file a Third Amended Complaint, within 20 |
| 8 | days following the date of service of the Court's Memorandum Decision and Order (Doc. |
| 9 | 72). |

DATED:  \_\_\_October 5, 2007            /s/ OLIVER W. WANGER_____
                        _____
                        UNITED STATES DISTRICT JUDGE

**Approved as to form:**

Dated:_____
    _____
                    David M. Gilmore, Esq.

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12  F:\Client Files\Simmons, Darrin 1226.00\Case No cv-01187\Motion for Judgment on the Pleadings\Order Granting Mtn for Judgment on the Pleadings.doc
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
**ORDER GRANTING DEFENDANT DARRIN SIMMONS' MOTION FOR JUDGMENT ON THE PLEADINGS**

PDF created with pdfFactory trial version www.pdffactory.com