# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS N. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>DARRIN SIMMONS, individually and d.b.a. CLEAN AIR PRODUCTS, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.1:05-cv-01187-OWW-GSA<br><br>(Related to Case No: 1:05-cv-01024-OWW-SMS (closed))<br><br>**ORDER AFTER HEARING ON MOTION FOR EVIDENCE AND ISSUE SANCTIONS AND MONETARY SANCTIONS** |

On Monday, October 1, 2007, Defendant's Motion for Evidence and Issue Preclusion Sanctions and for Monetary Sanctions came duly before the Court, the Honorable Oliver W. Wanger, United States District Judge Presiding. Appearing in support of the motions was Defendants' counsel, Leonard C. Herr, Esq. Appearing in opposition to the motions was Plaintiff's counsel, David M. Gilmore, Esq. After reviewing the Court's file, the pleadings contained therein and considering the argument of counsel for the reasons stated on the record, the Motions for Evidence and Issue Preclusion Sanctions and for Monetary Sanctions were DENIED.

For the reasons stated on the record, Defendant's Motions for Sanctions was WITHDRAWN.

PDF created with pdfFactory trial version www.pdffactory.com

1       **Thereafter, upon good cause being shown, Plaintiff's entire passport shall be**
2 **duplicated and provided on or before October 18, 2007, it is so ORDERED.**
3       **FURTHERMORE, upon good cause being shown, Plaintiff's counsel shall file with**
4 **the Court, an undertaking that no further documents beyond those documents previously**
5 **produced in this case exist; further documents will be presented by the Plaintiff absent the**
6 **showing of manifest injustice as required by Rule 37 of the Federal Rules of Civil Procedure;**
7 **and any further violation of these rules will not be tolerated and more serious sanctions will**
8 **be imposed for violation.**

10 DATED: October 26, 2007                     /s/ OLIVER W. WANGER_____
11                                         _____
                                          Oliver W. Wanger
12                                           United States District Judge

14 **Approved as to form:**

17 Dated: _____ _____
18                           **Mr. David M. Gilmore**
                          **GILMORE, WOOD, VINNARD & MAGNESS**

PDF created with pdfFactory trial version www.pdffactory.com