UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS N. SMITH, | ) | |
| | ) | |
| Plaintiff | ) | 1:05-cv-1187 OWW GSA |
| | ) | |
| v. | ) | |
| | ) | |
| DARRIN SIMMONS, | ) | |
| CLEAN AIR PRODUCTS, INC. | ) | |
| | ) | |
| Defendant | ) | ORDER TO SHOW CAUSE AS TO |
| _____ | ) | PLAINTIFF THOMAS N. SMITH |

Plaintiff Thomas N. Smith by his attorney, David Gilmore, is hereby ordered to appear before this Court on Monday, May 11, 2009 at 10:00 a.m. to show cause, if any he has, why plaintiff has failed to file the undertaking required by the Court's order dated 10/30/2007, document number [87].

Plaintiff is to file any response to the application by defendants for an order to show cause, document [117], no later than 5/6/2009.

IT IS SO ORDERED.

**Dated:   April 16, 2009**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

1