**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS N. SMITH,** | 1:05-CV-01187-OWW |
| Plaintiff, | ORDER RE HEARING/BRIEFING AND ORDER TO SHOW CAUSE RE SANCTIONS |
| v. | |
| **DARRIN SIMMONS,** *et al.,* | |
| Defendants. | |

1. The hearing on Defendants' Motion for Summary Judgment is continued to June 15, 2009 at 10:00 A.M.[1]  Defendants' reply may be filed and served on or before June 8, 2009.

2. Plaintiff's counsel is ordered to show cause why he should not be sanctioned for failing to file a timely opposition or notice of non-opposition to Defendants' motion in compliance with Local Rule 78-230(c).

3. Plaintiff's counsel shall file his response to the order to show cause on or before June 8, 2009.

4. The order to show cause will be addressed during the hearing on Defendants' Motion for Summary Judgment.

---

[1] **The hearings on Plaintiff's motion to amend and Defendants' motion for sanctions are also continued to June 15, 2009.**

1

1
2  IT IS SO ORDERED.
3  **Dated:     June 2, 2009**                             **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE
4
5

**2**