UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS N. SMITH, | ) | 1:05-cv-1187 OWW GSA |
| Plaintiff, | ) | JUDGMENT ON VERDICTS OF |
| | ) | TRIAL JURY |
| v. | ) | |
| CLEAN AIR PRODUCTS, INC., | ) | |
| Defendant. | ) | |

This case came on for hearing before a jury September 1, 2009.  Plaintiff was represented by David Gilmore, Esq. Defendant was represented by Leonard Herr, Esq.

The case has been tried and the jury returned their verdicts in open court and based on previous rulings entered on summary judgment motions, the following judgment is entered.

Plaintiff, Thomas N. Smith, shall take nothing by his complaint against Clean Air Products, Inc.  Judgment is entered for Defendant, Clean Air Products, Inc., against Plaintiff on Plaintiff's claim for damages and on  Plaintiff's alter ego claim.  Summary Adjudication is granted in favor of Darrin Simmons' as to his personal liability and against Plaintiff.

///

1

**Defendants shall recover their costs of suit.**

IT IS SO ORDERED.

**Dated:   September 4, 2009**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE